**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose HERNANDEZ–SILVA, Defendant—Appellant.**

**No. 07–10194.**

United States Court of Appeals, Ninth Circuit.

Nov. 3, 2008.

Tracey A. Bardorf, Esq., James R. Knapp, USPX, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Brian I. Rademacher, Esq., FPDAZ, Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

ed by 9th Cir. R. 36–3.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

ORDER

The memorandum disposition filed on July 31, 2008, 286 Fed.Appx. 470, is withdrawn. A replacement memorandum disposition will be filed concurrently with this order. The petition for panel rehearing is denied.